No. 98-1855. GIBSON *v.* SLATER, SECRETARY OF TRANSPORTATION, 527 U. S. 1023. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.

OCTOBER 8, 1999

No. 99A241 (99-451). LEWIS, WARDEN, ET AL. *v.* GARCIA DELGADO. C. A. 9th Cir. Motion for reconsideration of stay entered September 27, 1999 [527 U. S. 1066], denied.

OCTOBER 12, 1999

No. 98-1915. CATAPULT ENTERTAINMENT, INC. *v.* PERLMAN. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. D-2087. IN RE DISBARMENT OF PEEK. Disbarment entered. [For earlier order herein, see 527 U. S. 1020.]

No. D-2089. IN RE DISBARMENT OF RAPHAEL. Disbarment entered. [For earlier order herein, see 527 U. S. 1032.]

No. D-2091. IN RE DISBARMENT OF TURTLETAUB. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]

No. D-2092. IN RE DISBARMENT OF LEWIS. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]